In the Matter of
Brad Reynolds, a Child.

STATE ex rel JUVENILE DEPARTMENT
OF KLAMATH COUNTY,
*Respondent,*

*v.*

Brad REYNOLDS,
*Appellant.*

(9100157CF; CA A72480)

839 P2d 288

Myron Gitnes, Klamath Falls, argued the cause and filed the brief for appellant.

Michael C. Livingston, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Turner,* 253 Or 235, 453 P2d 910 (1969).